**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**May 22, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 02-60654
Summary Calendar
_____

EVELYN MASON,

                              Plaintiff-Appellant,

versus

CITY OF BILOXI, MS; TOMMY MOFFETT,
in his individual and official capacity,

                              Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:01-CV-86-BrR
--------------------

Before DAVIS, WIENER, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Evelyn Mason appeals from the district court's summary-
judgment dismissal of her 42 U.S.C. § 1983 claims.  Mason
contends that she established the existence of a genuine issue of
material fact precluding summary judgment.

     Even if the allegations in her complaint were accepted as
true, Mason has failed to adequately plead a violation of the due
process clause, the equal protection clause, or the privileges

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

and immunities clause.  See <u>Kinney v. Weaver</u>, 301 F.3d 253, 283–84 (5th Cir. 2002); <u>Wheeler v. Miller</u>, 168 F.3d 241, 251 (5th Cir. 1999); <u>Cramer v. Skinner</u>, 931 F.2d 1020, 1030 n.7 (5th Cir. 1991); <u>see</u> <u>also</u> <u>Saenz v. Roe</u>, 526 U.S. 489, 503-11 (1999).  The record does not reveal a genuine issue of material fact as to whether Tommy Moffett and the City of Biloxi violated Mason's "Fourth Amendment right to be free of unlawful intrusion and right to privacy."  See <u>Paul v. Davis</u>, 424 U.S. 693, 713 (1976).

AFFIRMED.